FILED

JAN - 2 2019

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

1:19-CV-00001

To: Whom it may concern          Dec 26, 2018

Greetings! I'm currently incarcerated at F.C.I Mcdowell, W.Vt. Since being here I have tore my achillis tendon which leads up to a question of me being sexually assaulted while I was unconcics having my surgery on my left achillis tendon officer Thompson was the last person I seen in a white outfit during surgery. Our return to the prison me & officer Thompson was in Receving & Discharge & they have cameras there as well. While there in R&D I made a statement to officer Thompson "that my throat was sore", Thompson replied then "I forget the guys name who done that to you; oh I think his name is "steve". Then replied with that comment "oh I shouldn't of said that." I replied "No" & left it at that. With in days of this I filed these allegateons with the prison staff & Region office. I am getting the run around on there sexual Misconduct & being possibly orally raped. I give the statements to psychology & nurses. But since I have filed the Correct paperwork with the

Warden I have yet heard anythen and it has been going on 2 months now.

I would like to file this P.R.E.A with the Marshalls office for their help okey with the courts help too. I've got the records of what has been filed & Remedy process. I'm needing your help please. I have 9 months left here & I'm feeling uncomfortable being around these officers. I'm not getting the help I need.

Respectfully,

Anton C. Lawson   #16702-032

Exhibit Attached is original Top Copy

U.S. Department of Justice     "*Sensitive*"     **Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen.  If attachments are needed, submit four copies.  One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: _Lawson, Dustin C._ _06702-032_ _B2_ _McDowell_
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A - REASON FOR APPEAL** ON 10-30-2018 Officer Simmons & P.A. Goode from Medical, while leaving medical unit & in Transport to hospital. OFFICER SIMMONS Brought up a Conversation about P.A. Goode sending pictures of penis to his phone. Simmons asked Goode "don't you Like to send pictures of penis Goode?" And referring to me if I Like Pictures of penis Goode always sends them if I Like. Goode replied to Simmons "Thats what you Like". While @ the hospital & waiting on the DR & M.R.I Officer Simmons shows a meam from his phone to me about Kentuckians being inbred. Im from Kentucky. Officer Neal was present when this was presented to me while @ the hospital. (11-5-2018) Approx: 9:20pm in R.D. I mentioned to officer Thompson "That my throat was sore from the breathing tube." Officer Thompson Replied "I forgot the guys Name who done that to you.", "I Think his name was Steve!" "OH I shouldn't of said that." I then Replied "No", left it @ that. I feel uncomfortable about this & have reported these Allegations w/ psychology, 2 Nurse, & Counselor Lily. Along w/ The warden on Computer & Executive Warden · Mr. Kelly. O.I.G Has AN email too. Im just scared for my Last 10 months here. I have also sent my ATTORNEY copies of These forms & Handbook policy.

_11-8-2018_     _Dustin Lawson_
DATE     SIGNATURE OF REQUESTER

**Part B - RESPONSE**

Received

NOV 19 2018

Mid-Atlantic Regional Office

_____     REGIONAL DIRECTOR
DATE
If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.
ORIGINAL: RETURN TO INMATE     CASE NUMBER: _961552-R1_

**Part C - RECEIPT**     CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

Dustin C Lawson #16702-032
Federal Correctional Institute
Mcdowell
P.O. Box 1009
Welch, W.V 24801

CHARLESTON WV 250

27 DEC 2018 PM 1 L

Clerk of the Court
United States District Court
Federal Building, Room 2303
Bluefield, W.V 24701

24701-999499

U.S. MARSHALS SERVICE
X-RAYED

BY: _____