IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                             AT BLUEFIELD

DUSTIN C. LAWSON,

     Plaintiff,

v.                                      CIVIL ACTION NO. 1:19-00001

FCI MCDOWELL,

     Defendant.

                **MEMORANDUM OPINION AND ORDER**

     By Standing Order, this action was referred to United

States Magistrate Judge Omar J. Aboulhosn for submission of

findings and recommendation regarding disposition pursuant to 28

U.S.C.A. § 636(b)(1)(B).  Magistrate Judge Aboulhosn submitted to

the court his Findings and Recommendation on May 7, 2019, in which

he recommended that the district court dismiss plaintiff's Bivens

action for failure to exhaust his administrative remedies.

     In accordance with the provisions of 28 U.S.C.A. § 636(b),

the parties were allotted fourteen days, plus three mailing days,

in which to file any objections to Magistrate Judge Aboulhosn's

Findings and Recommendation.  The failure of any party to file

such objections constitutes a waiver of such party's right to a de

novo review by this court.  Snyder v. Ridenour, 889 F.2d 1363 (4th

Cir. 1989).

     The parties failed to file any objections to the Magistrate

Judge's Findings and Recommendation within the allotted time

period.  Having reviewed the Findings and Recommendation filed by

Magistrate Judge Aboulhosn, the court adopts the findings and recommendations contained therein. Accordingly, the court hereby **DISMISSES** plaintiff's complaint for failure to exhaust and directs the Clerk to remove this case from the court's active docket.

The Clerk is directed to forward a copy of this Memorandum Opinion and Order to plaintiff, pro se, and counsel of record.

**IT IS SO ORDERED** this 25th day of June, 2019.

ENTER:

David A. Faber
Senior United States District Judge